JaVonne M. Phillips, Esq., SBN 187474
Joseph Chun, Esq., SBN 240208
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800
Fax (619) 685-4810

Attorney for: Secured Creditor,
CitiMortgage, Inc., its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Robert Bakovic,<br>Amela Bakovic,<br><br>    Debtors. | ) Case No. 10-47902 N<br>)<br>) Chapter 13<br>)<br>) RS No.   JC-5622<br>)<br>) **MOTION FOR RELIEF FROM**<br>) **AUTOMATIC STAY**<br>)<br>) Date:  09/01/2010<br>) Time:  10:30 AM<br>) Ctrm:  220<br>) Place: 1300 Clay Street<br>)        Oakland, CA<br>)<br>)<br>) |

CitiMortgage, Inc., its assignees and/or successors in interest ("Secured Creditor" or "Movant" herein), moves this Court for an Order Terminating the Automatic Stay of 11 U.S.C. § 362 as to moving party (and the Trustee under the Deed of Trust securing moving party's claim) so that moving party and its Trustee may commence and continue all acts necessary to foreclose

1  under the Deed of Trust secured by the Debtors' property, commonly known as 3786 Flowering
2  Peach Court, Las Vegas, NV 89147, ("Property" herein).
3     As stated in the attached Declaration, the Debtors have failed to make 0 post-petition
4  payments ().
5     Further, Debtor intends to *surrender* the subject property as set forth in Debtors' Chapter
6  13 Plan. **See Exhibit "3"**.
7     Based on the foregoing, Secured Creditor alleges that Secured Creditor is not adequately
8  protected.  Secured Creditor is not receiving regular monthly payments, and is unfairly delayed
9  from proceeding with the foreclosure of the subject Property. Accordingly, relief from the
10 automatic stay should be granted to Secured Creditor pursuant to   11 U.S.C. § 362(d)(1) and (2).
11    WHEREFORE, Secured Creditor prays for judgment as follows:
12    1. For an Order granting relief from the automatic stay, permitting Secured Creditor to
13       proceed with the foreclosure under Secured Creditor's Deed of Trust, and to sell the
14       subject Property at a trustee's sale under the terms of the Deed of Trust to proceed
15       with any and all post foreclosure sale remedies, including the unlawful detainer action
16       or any other action necessary to obtain possession of the Property.
17    2. For an Order that the fourteen day stay described by Bankruptcy Rule 4001(a)(3) be
18       waived.
19    3. For an Order modifying the automatic stay to protect Secured Creditor's interest, as
20       the Court deems proper.
21    4. For attorneys' fees and costs incurred herein.
22    5. For such other relief as the Court deems proper.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///
29 ///

6. The Moving Party, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

7. Furthermore, Movant may contact the Debtor to comply with California Civil Code Section 2923.5.

Dated: August 17, 2010

McCarthy & Holthus, LLP

By: /s/ Joseph Chun
Joseph Chun, Esq.
Attorneys for Secured Creditor
CitiMortgage, Inc.