## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re: Robert Bakovic and Amela Bakovic

Bankruptcy No.:     10-47902 N
R.S. No.:           JC-5622
Hearing Date:       09/01/2010
Time:               10:30 AM

## RELIEF FROM STAY COVER SHEET

Instructions: Complete caption and <u>Section A for all motions</u>. Complete Section B for mobile homes, motor vehicles, and personal property. <u>Complete Section C for real Property</u>. Utilize Section D as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

**A**  Date Petition Filed:   07/13/10   Chapter: 13
    Prior hearings on this obligation: None
    Last Date to File § 523/§ 727 Complaints: 11/15/2010

**B**  Description of personal property collateral:
    Secured Creditor    _____   or Lessor               _____
    Fair Market Value:  $_____  Source of value:        $_____
    Contract Balance:   $_____  Pre Petition Default    $_____
    Monthly Payment:    $_____  No. of Months           $_____
    Insurance Advance   $_____  Post Petition Default   $_____
                                         No of Months            $_____

**C**  Description of real property collateral:
    Single family residence at:  3786 Flowering Peach Court, Las Vegas, NV 89147
    Fair Market Value:    $120,000.00
    Source of Value: Debtors' Schedule(s) ____ Appraisal or BPO dated _____
    Moving Party's Position:   First Trust Deed
    Balance:              $109,132.05      Pre Petition Default     $0
    As of [date]          08/11/10         No. of Months            0
    Mo. payment:          $                Post Petition Default    $800.00
    Notice of Default     None             No. of Months            0
    Notice of Trustee Sale None            Advances Sr. Liens       $0.00

Specify name and status of other liens and encumbrances, if known

| Position         | Amount       | Mo. Payment Defaults |
|------------------|--------------|----------------------|
| First Trust Deed | $109,132.05  | $800.00              |
|                  |              |                      |
| TOTALS           | $109,132.05  | $800.00              |

Debtor intends to *surrender* the subject property as set forth in Debtors' Chapter 13 Plan.

August 17, 2010                                     McCarthy & Holthus, LLP

                                         By:  /s/ Joseph Chun
                                              Joseph Chun, Esq.
                                              Attorney for Secured Creditor