Entered on Docket
September 02, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
SEP - 1 2010
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

JaVonne M. Phillips, Esq. SBN 187474
Joseph Chun, Esq., SBN 240208
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800
Fax (619) 685-4810

Attorney for: Secured Creditor,
CitiMortgage, Inc., its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re:

Robert Bakovic,
Amela Bakovic,

Debtors.

) Case No. 10-47902 N
)
) Chapter 13
)
) RS No.    JC-5622
)
) **[proposed] ORDER ON MOTION FOR**
) **RELIEF FROM AUTOMATIC STAY**
)
) Date:    09/01/2010
) Time:    10:30 AM
) Ctrm:    220
) Place:   1300 Clay Street
)          Oakland, CA
) Judge: Randall J. Newsome
)

The motion of Secured Creditor, CitiMortgage, Inc. ("Movant"), for relief from the automatic stay came on regularly for hearing by the Court on the date, time and place set forth above, before the Honorable Randall J. Newsome. All appearances are as noted in the court record.

Upon reading the papers and pleadings on file herein, and upon hearing oral argument and based on the evidence presented, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. § 362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 3786 Flowering Peach Court, Las Vegas, NV 89147.

IT IS FURTHER ORDERED that Movant may complete its foreclosure of said real property and proceed with post-foreclosure remedies, including any unlawful detainer action, in accordance with applicable law.

IT IS FURTHER ORDERED that Movant, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

IT IS FURTHER ORDERED that the Trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim within 30 days for any deficiency.

IT IS FURTHER ORDERED that the fourteen day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

9/1/08

IT IS SO ORDERED

RANDALL J. NEWSOME
U. S. Bankruptcy Judge

**END OF ORDER**

2     File No. CA-10-32288
Order on Motion For Relief From Stay, Case No. 10-47902 N
Case: 10-47902   Doc# 11   Filed: 09/01/10   Entered: 09/02/10 11:36:46   Page 2 of 3

# COURT SERVICE LIST

Amela Bakovic
4324 Omega Avenue
Castro Valley, CA 94546

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA, 94540

Robert Bakovic
4324 Omega Avenue
Castro Valley, CA 94546