# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–4 | User: cglosenge | Date Created: 9/2/2010 |
| Case: 10–47902 | Form ID: pdfeoc | Total: 3 |

**Recipients of Notice of Electronic Filing:**
tr      Martha G. Bronitsky      13trustee@oak13.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Robert Bakovic      4324 Omega Ave.      Castro Valley, CA 94546
jdb      Amela Bakovic      4324 Omega Ave.      Castro Valley, CA 94546

TOTAL: 2