```
 1  CRAIG V. WINSLOW, ESQ. (73196)
    LAW OFFICES OF CRAIG V. WINSLOW
 2  630 North San Mateo Drive
    San Mateo, CA  94401
 3  Telephone: (650) 347-5445
    Facsimile: (650) 347-4411
 4
    Attorney for Debtors
 5
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re | Case No. 10-4-7902 RN 13 |
| ROBERT BAKOVIC and AMELA BAKOVIC, | **MOTION TO VALUE REAL PROPERTY AND TO VALUE FOURTH DEED OF TRUST LIEN OF CHASE BANK AT ZERO DOLLARS** |
| Debtors. | |

Debtors, ROBERT BAKOVIC and AMELA BAKOVIC, by and through their attorney move this Court for an order valuing at zero dollars the fourth deed of trust lien of JP Morgan Chase Bank, NA (Herein "Chase Bank") encumbering real property commonly referred to as 4324 Omega Ave., Castro Valley, California. (Herein referred to as the "Chase Bank Fourth Deed of Trust Lien") In addition, Debtors will move the Court for an order treating any claim filed by Chase Bank based on the Chase Bank Fourth Deed of Trust Lien as an unsecured claim.

This Motion is made pursuant to 11 U.S.C. §506(a) and Bankruptcy Rule 3102.

The Motion is based on the following:

1. Debtors filed a Chapter 13 Bankruptcy on July 13, 2010.

---

**MOTION TO VALUE REAL PROPERTY AND TO VALUE FOURTH DEED OF TRUST OF CHASE BANK AT ZERO DOLLARS**    1

2. The debtors' real property at 4324 Omega Ave., Castro Valley, California (Hereinafter referred to as the "Residence") is encumbered by the following liens:
   a) First Deed of Trust recorded in July 2003 in favor of CitiMortgage in the amount of $257,288.04;
   b) Second Deed of Trust recorded in November 2004 in favor of Ameriprise Bank FSB in the amount of $39,503.75;
   c) Third Deed of Trust recorded in March 2006 in favor of Wilshire State Bank in the amount of $181,556.76; and
   d) Fourth Deed of Trust recorded on or about July 23, 2007 in favor of Chase Bank in the amount of $178,064.81.
3. The fair market value of Debtor's Residence is $445,000.00.
4. Debtor's Residence is worth less than what is currently owed to the deed of trust holders, to wit, CitiMortgage, Ameriprise FSB and Wilshire State Bank. The liens of CitiMortgage, Ameriprise FSB and Wilshire State Bank were recorded prior to, and therefore are superior to, the Chase Bank Fourth Deed of Trust Lien. The Chase Bank Fourth Deed of Trust Lien is entirely "underwater," unsecured and of no secured value.
5. Any claim filed by Chase Bank predicated on the Chase Bank Fourth Deed of Trust Lien is wholly unsecured.
6. The Chase Bank Fourth Deed of Trust Lien should therefore be valued pursuant to 11 USC §506(a) and

**MOTION TO VALUE REAL PROPERTY AND TO VALUE THE FOURTH DEED OF TRUST OF CHASE BANK AT ZERO DOLLARS** 2

Case: 10-47802 Doc# 14 Filed: 09/14/10 Entered: 09/14/10 14:56:25 Page 2 of 4
BKTCY\BAKOVIC MOTION TO VALUE REAL PROPERTY & LIEN OF CHASE

1         Bankruptcy Rule 3012 at zero dollars. Any claim filed
2         by Chase Bank predicated on the Chase Bank Fourth Deed
3         of Trust Lien should be paid as a general unsecured
4         claim in Debtor's Chapter 13 Plan. See <u>In Re Zimmer</u>
5         313 F$^{3d}$ 1220, 1222-1225 (9th Circ 2002).

6   7. The Ninth Circuit ruling in <u>In re Zimmer</u> allowing a
7         wholly unsecured junior lien claim to be stripped from
8         Debtors' principal residence is in harmony with all of
9         the other Circuit decisions which have considered the
10        issue. See <u>In re Lane</u> 280 F$^{3d}$ 606, 615 (6th Circ.
11        2002); <u>In re Tanner</u> 217 F$^{3d}$ 1357 (11th Circ. 2000); <u>In
12        re Mann</u> 249 BR 831 (BAP 1st Circ 2000); <u>In re Bartee</u>
13        212 F$^{3d}$ 277(5th Circ. 2000).

14   8. Bankruptcy Rule 3012 provides that the "valuation of
15        security" may be done by hearing after notice and
16        therefore valuing the lien at zero dollars by this
17        motion is in accord with Bankruptcy procedure.

18   WHEREFORE, Debtor prays for an order pursuant to 11 USC
19 §506(a) and Bankruptcy Rule 3012 as follows:

20   1. The real property at 4324 Omega Ave., Castro Valley,
21        California is valued at $445,000.00;
22   2. The Chase Bank Fourth Deed of Trust Lien is unsecured
23        in its entirety and any claim predicated on the Chase
24        Bank Fourth Deed of Trust Lien shall be treated as an
25        unsecured claim;
26   3. The Chase Bank Fourth Deed of Trust Lien may not be
27        enforced pursuant to 11 U.S.C. §§506, 1322(b)(2) and
28        1327;

    4. The Court's ruling on this Motion shall become part of

Debtor's confirmed Chapter 13 Plan.

5. Upon successful completion of Debtor's Chapter 13 Plan and entry of a Chapter 13 Discharge, the Chase Bank Fourth Deed of Trust Lien shall be voided for all purposes and upon application by Debtor, the Court will enter an appropriate form of judgment voiding the Chase Bank Fourth Deed of Trust Lien.

LAW OFFICES OF CRAIG V. WINSLOW

Dated: 9/14/2010       By /s/ Craig V. Winslow
                          _____
                          CRAIG V. WINSLOW
                          Attorney for Debtors

MOTION TO VALUE REAL PROPERTY
AND TO VALUE FOURTH DEED OF TRUST LIEN
OF CHASE BANK AT ZERO DOLLARS
4

Case 10-47802  Doc# 14  Filed 09/14/10  Entered: 09/14/10 14:56:25  Page 4 of 4
BKTCY\BAKOVIC MOTION TO VALUE REAL PROPERTY & LIEN OF CHASE