Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr #200
Hayward,CA 94545-1541
(510) 266- 5580
13trustee@oak13.com

TRUSTEE FOR DEBTOR(S)

**Entered on Docket
September 20, 2010**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed: September 20, 2010**

_____
**RANDALL J. NEWSOME
U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re
   Robert Bakovic
   Amela Bakovic
              debtor(s)

Chapter 13 Case No. 10-47902-RN
13

## ORDER REGARDING FAILURE OF DEBTOR(S) TO APPEAR AT MEETING OF CREDITORS

According to the Trustee's records, the debtor(s) in this Chapter 13 Case has/have failed to appear at the first meeting of creditors as required by 11 U.S.C. Section 341(a). A continued meeting of creditors shall be held on

Date:   October 21, 2010
Time:   10:00 am
Location:   Office of the United States Trustee
             1301 Clay Street Suite 680N
             Oakland, CA 94612

Debtor(s) are hereby ordered to appear at this meeting.

Pursuant to 11 U.S.C Sections 105(a) and 1307(c), this case will be dismissed without further notice or hearing if the debtor(s) fails to attend the continued meeting of creditors and/or if the Chapter 13 Plan payments are not current.

END OF ORDER

|     |     |
| --- | --- |
|     | Court Service List |

Robert Bakovic
Amela Bakovic
4324 Omega Ave
Castro Valley, CA  94546

(Debtor(s))

Craig V Winslow Atty
630 N San Mateo Dr
San Mateo, CA 94401

(Counsel for Debtor)