Entered on Docket
October 14, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: October 14, 2010

_____
**RANDALL J. NEWSOME**
**U.S. Bankruptcy Judge**
_____

1  Craig V. Winslow (73196)
   630 North San Mateo Drive
2  San Mateo, CA 94401
   Telephone: (650) 347-5445
3  Facsimile: (650) 347-4411

4  Attorney for Debtors

   UNITED STATES BANKRUPTCY COURT

   NORTHERN DISTRICT OF CALIFORNIA

   In re:                                    ) CASE NO.: 10-4-7902 RN 13
                                              )
   ROBERT BAKOVIC and                         ) **ORDER VALUING REAL PROPERTY AND**
   AMELA. BAKOVIC,                            ) **VALUING FOURTH DEED OF TRUST LIEN OF**
                                              ) **CHASE BANK AT ZERO DOLLARS**
                                              )
            Debtors.                          )
   _____            )

   On September 14, 2010, Debtors filed a Motion to Value Real Property and to Value Fourth

   Deed of Trust Lien of Chase Bank at Zero Dollars. The real property commonly referred to as 4324

   Omega Ave., Castro Valley, California is more fully described as:

   REAL PROPERTY IN THE UNINCORPORATED AREA, COUNTY OF ALAMEDA, STATE
   OF CALIFORNIA, DESCRIBED AS FOLLOWS: LOT 16 IN BLOCK 1, AS SAID LOT AND
   BLOCK ARE SHOWN ON THE MAP OF "TRACT 749, EDEN TOWNSHIP, ALAMEDA
   COUNTY, CALIFORNIA", FILED JULY 3, 1946, IN BOOK 9 OF MAPS, PAGE 33, IN THE
   OFFICE OF THE COUNTY RECORDER OF ALAMEDA COUNTY.

   APN 84C-674-16

   JP Morgan Chase Bank, NA's Fourth Deed of Trust lien was recorded in the Office of the

   Recorder for the County of Alameda on or about July 23, 2007, as Instrument No. 2007274853

   (hereinafter the "Lien").

ORDER VALUING REAL PROPERTY AND
VALUING FOURTH DEED OF TRUST LIEN
OF CHASE BANK AT ZERO DOLLARS                1

Case: 10-47902   Doc# 21   Filed: 10/14/10   Entered: 10/14/10 15:10:38   Page 1 of 3

BKTCY\BAKOVIC\ORDER VALUING
CHASE BANK LIEN

1  The Court finds that notice of the motion upon JP Morgan Chase Bank, NA (hereinafter "Chase
2  Bank") was proper.
3  Chase Bank having failed to file timely opposition to Debtors' motion, the Court hereby orders
4  as follows:

5  (1) For purposes of Debtor's Chapter 13 Plan only, the real property at 4324 Omega Ave.,
6   Castro Valley, Oakland, California is valued at $445,000.00, the Lien is valued at zero
7   dollars, Chase Bank does not have a secured claim, and the Lien may not be enforced,
8   pursuant to 11 U.S.C. §§ 506, 1322(b)(2) and 1327.

9  (2) This order shall become part of Debtors' confirmed Chapter 13 Plan.

10 (3) Upon entry of a discharge in Debtors' Chapter 13 Case, the Lien shall be voided for all
11   purposes, and upon application by Debtors, the Court will enter an appropriate form of
12   judgment voiding the Lien.

13 (4) If Debtors' Chapter 13 Case is dismissed or converted to one under another chapter
14   before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall
15   be retained to the extent recognized by applicable non-bankruptcy law, and upon
16   application by Chase Bank, the Court will enter an appropriate form of order restoring
17   the Lien.

18 (5) Except as provided by separate, subsequent order of this Court, the Lien may not be
19   enforced so long as this order remains in effect.

**\*\* END OF ORDER \*\***

ORDER VALUING REAL PROPERTY AND
VALUING DEED OF TRUST LIEN
OF CHASE BANK AT ZERO DOLLARS    2

Case: 10-47902  Doc# 21  Filed: 10/14/10  Entered: 10/14/10 15:10:38  Page 2 of 3

BKTCY\BAKOVIC\ORDER VALUING
CHASE BANK LIEN

# COURT SERVICE LIST

**Debtor's Attorney**
Craig V. Winslow
630 No. San Mateo Drive
San Mateo, CA 94401

**Debtors**
Robert Bakovic
Amela Bakovic
4324 Omega Ave.
Castro Valley, CA 94546

**Chapter 13 Trustee**
Martha G. Bronitsky
Chapter 13 Trustee
P.O. Box 5004
Hayward, CA 94540-5004

**U.S. Trustee**
Office of the U.S. Trustee
U.S. Department of Justice
1301 Clay Street, Suite 690N
Oakland, California 94612-5217

**Lienholder**
JP Morgan Chase Bank, NA
1111 Polaris Parkway
Columbus, OH 43240
Attention: Corporate Officer

JP Morgan Chase Bank, NA
Office of the Secretary
270 Park Avenue, 38th Floor
NY, NY 10017
Attention: James Dimon, CEO

---

ORDER VALUING REAL PROPERTY AND
VALUING DEED OF TRUST LIEN
OF CHASE BANK AT ZERO DOLLARS

3

BKTCY\BAKOVIC\ORDER VALUING
CHASE BANK LIEN